05-15-01040-CV

No. CC-15-03955-B

FILED
JOHN F. WARREN.
COUNTY CLERK
DALLAS COUNTY, TEXAS

2015 AUG 31 PM 12: 14

LISA MATZ, CLERK
2015 AUG 31 PM 12: 22
FILED IN
5TH COURT OF APPEALS

RIAZ AKHTARKHAVARI  In the ___2___ Court
Plaintiff

v.      COUNTY COURT LAW

AGERE TADESSE
Defendant                    Dallas County, Texas

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Defendant, self-represented, and files this Notice of Appeal from the judgment signed by the Court on _August 26, 2015_ AGERE TADESSE, Defendant, appeals to the _5th Court of Appeals_ at Dallas, Texas.

Respectfully submitted,

_Agere H. Tadesse_

Print Name: AGERE TADESSE
Address: 2714 CHURCHILL WAY
GARLAND TX 75044
Telephone: 214-274-9444

## CERTIFICATE OF SERVICE

I, AGERE TADESSE, Defendant, do hereby certify that a true and correct copy of the foregoing has been mailed, certified mail, return receipt requested, to WILLIAM SHANE NOLEN, Attorney for Plaintiff, at 3617 W PARK ROW DR ARLINGTON TX 7601 Texas, on this the 31 day of AUGUST, 2015.

_Agere H. Tadesse_
Signature

AGERE TADESSE
Print Name